HENRY FROST ET AL., RESPONDENTS, v. MORRIS ALPER, APPELLANT.

Submitted October 26, 1945—Decided January 3, 1946.

For the appellant, *Jerome Alper & Alper*.

For the respondents, *J. Edward Bennett*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion *per curiam* filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, JJ. 12.

*For reversal*—MCGEEHAN, J. 1.